## JOSEPH ABREU *v.* KARISSA LEONE

The defendant's petition for certification for appeal from the Appellate Court, 120 Conn. App. 390 (AC 28880), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Tushar G. Shah*, in support of the petition.

*John E. Tucker*, assistant attorney general, in opposition.

Decided July 14, 2010

## TROY HARRIS *v.* COMMISSIONER OF CORRECTION

The petitioner Troy Harris' petition for certification for appeal from the Appellate Court, 121 Conn. App. 240 (AC 30040), is denied.

*Temmy Ann Pieszak*, chief of habeas corpus services, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided July 14, 2010

## JO-ANN JACKSON *v.* PASCALE P. LEE

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 375 (AC 31182), is denied.

*Matthew B. Woods*, in support of the petition.

*Stephen J. Conover* and *Susan R. Briggs*, in opposition.

Decided July 14, 2010